# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | | |
|---|---|---|
| GARY W. BAILEY, | § § § | |
| Plaintiff, | § § | No.: 3:09-CV-548 |
| vs. | § § | *Jury Trial Demanded* |
| CSX TRANSPORTATION, INC., | § § | |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), comes the Plaintiff, and by agreement with counsel for the Defendant, stipulates a dismissal of his action against the Defendant.

It is further understood and agreed by all parties that this Stipulation of Dismissal, dismisses this case against the Defendant, with full prejudice, with each party to bear their own discretionary costs.

ENTER this 21st day of SEPT, 2012.

_____
**United States District Court Judge**

**APPROVED FOR ENTRY:**

COOK, HALL & LAMPROS, LLP

S/ Andrew Lampros, Esq., BPR # 020167
   Attorney for Plaintiff
Promenade Two, Suite 3700
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 876-8100

BAKER, O'KANE, ATKINS & THOMPSON

S/ John W. Baker, Jr., Esq., BPR #001261
   Emily L. Herman-Thompson, BPR #021518
   Attorneys for Defendant

2607 Kingston Pike, Suite 200
Post Office Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600